FILED

JUL 12 2018

U.S. BANKRUPTCY COURT
BY_____V_____DEPUTY

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51157-RBK |
| | § | |
| COLLETTE MICHELE REVELS | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |
| | § | |

### CREDITOR, MEDITERRANEAN VILLAS APARTMENTS' MOTION FOR LEAVE FOR EXCEPTION TO ECF FILING

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

Creditor, MEDITTERANEAN VILLAS APARTMENTS respectfully request leave of this court for an exception to ECF filing and in support of this motion will show:

1. While the undersigned Counsel for Creditor is licensed in the Western District of Texas, he does not practice bankruptcy law. It has been approximately five months since Counsel last filed for relief from this bankruptcy court on behalf of this same Creditor against this same Debtor (18-50038-RBK). This case was dismissed by this Court and re-filed by this same Debtor. Prior to this, it had been approximately four years since the undersigned last filed for relief from this bankruptcy court. Counsel anticipates that his representation of the subject Creditor will likely be limited to requesting relief from an automatic stay.

2. The requested leave will not delay the proceedings or any other deadline imposed by the Court.

Respectfully submitted,

Law Office of David E. Dilley, PLLC
5255 San Pedro Ave.
San Antonio, Texas 78212
733-4669     733-3669 FAX
david@dilleylawoffice.com

By: _____
DAVID E. DILLEY
Texas State Bar No. 05871800

ATTORNEY FOR CREDITOR
MEDITERRANEAN VILLAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served upon the parties listed below by ECF and via facsimile, on July 12, 2018.

Joris Robert Vanhemelrijck
Attorney at Law
1100 N.W. Loop 410, Ste. 215
San Antonio, Texas 78213
1-866-732-8799
emailtonja.coleman@vanlaws.com

***TRUSTEE:***
Mary Viegelahn
10500 Heritage Blvd., Ste. 201
San Antonio, Texas 78216
(210) 824-1328    FAX

_____
David E. Dilley

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-51157-RBK |
| | § | |
| COLLETTE MICHELE REVELS | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 PROCEEDINGS |

### ORDER GRANTING MOTION FOR LEAVE FOR EXCEPTION TO ECF FILING BY MEDITERRANEAN VILLAS APARTMENTS

On July 12, 2018, Creditor, Mediterranean Villas Apartments, brought on a Motion for Leave For Exception to ECF Filing. Having considered the basis stated by Creditor's counsel in connection with the motion, this Court believes that good cause exists to grant said Motion for Leave.

IT IS ORDERED that:

1. The motion for leave is GRANTED/DENIED.

All relief not expressly granted is denied.

###