# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 18–51157–rbk
Chapter No.: 13
Judge: Ronald B. King

IN RE: **Collette Michele Revels** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **8/6/18 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (IF TIME ESTIMATE EXCEEDS 20 MINUTES, PLEASE E–MAIL DEANNA CASTLEBERRY AT: deanna_castleberry@txwb.uscourts.gov) (Related Document(s): 17 Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 181.00 ) filed by David E. Dilley for Creditor Meditteranean Villas Apartments (Rodriguez, Vidal) Modified on 7/12/2018 .) Hearing Scheduled For 8/6/2018 at 10:00 AM at SA Courtroom 1 (Gomez, Becky)

Dated: 7/16/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)] [NtchrgBKap]